# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2352
LT Case No. 2019-CF-11062-A

_____

HENRY OLIVER MCKINNON, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Henry Oliver McKinnon, III, Raiford, pro se.

No Appearance for Appellee.

December 19, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____